## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: March 4, 2026

| | | |
|---|---|---|
| JUAN MACHIC-SATEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00336-JD |
| | ) | |
| SCARLET GRANT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ENTER ORDER:**

Before the Court is Respondent's Motion to Intervene [Doc. No. 7]. The Motion seeks for the Department of Homeland Security ("DHS") to intervene on behalf of Respondent Warden Scarlet Grant, who is named as a respondent but who is not a federal official, because Petitioner challenges his detention under federal law. Upon review and consideration, the Court grants the Motion. The Court directs the deputy clerk to add DHS as an intervenor on behalf of Respondent on the Court's docket.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   /s/ Carol Ditta
        Deputy Clerk