**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JUAN MACHIC-SATEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Intervenor, | ) | Case No. CIV-26-00336-JD |
| | ) | |
| -and- | ) | |
| | ) | |
| SCARLET GRANT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

The Court takes judicial notice of the Petitioner's order of removal. *See* EOIR Automated Case Information, https://acis.eoir.justice.gov/en/caseInformation (reflecting entry of a removal order on March 24, 2026, with no appeal filed as of this date); *see also Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

As Respondents' argument rests in part on Petitioner having not yet been subject to an order of removal, the Court **ORDERS** Respondents to file a supplemental brief on this issue, not to exceed **ten pages**, to be filed **not later than April 17, 2026**. Petitioner may choose to file an optional supplemental brief, subject to the same deadline and length limitation.

IT IS SO ORDERED this 9th day of April 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE